Exhibit 1 is the Settlement Agreement.

Pursuant to the Court's Order of February 3, 2015, this document is filed under seal.